UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 3 2022

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| RANDALL WAYNE ODEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00034 |
| | § | |
| WELLFIRST TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |

**JURY NOTE NUMBER** $\emptyset\mathcal{H}$ 1

THE DEFINITION OF THE ADA ACT ON PG 4. IS
IT THAT THE OFFICIAL DEFINITION ?

*************************************************

**RESPONSE:**

This is juror note number 1. The Court has given you
the law in the charge to the jury.

_____
Julie K. Hampton
United States Magistrate Judge

3-3-22
_____
Date

1 / 1