UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| RANDALL WAYNE ODEN, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 2:20-CV-00034 |
| WELLFIRST TECHNOLOGIES, INC., | § § § | |
| Defendant. | § | |

### JURY NOTE NUMBER #2

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RESPONSE:** We have reached a Verdict

3/4/22

Julie K. Hampton
**United States Magistrate Judge**

3-4-22
**Date**

1 / 1