United States Courts Southern
District of Texas
FILED

MAR - 4 2022

Nathan Ochsner, Clerk of Court

# JURY QUESTIONS

**Question No. 1**

Did Plaintiff Randall Oden have a disability?

Answer "Yes" or "No."

Answer: __Yes__

If you answered "Yes," then answer Question No. 2. If you answered "No," then answer Question 3.

**Question No. 2**

Has Plaintiff Randall Wayne Oden proved that Defendant Wellfirst Technologies, Inc. terminated Plaintiff Randall Wayne Oden because of a disability?

Answer "Yes" or "No."

Answer: __Yes__

Regardless of your answer, you must proceed to Question No. 3. If you answered "Yes," then you must also answer Question No. 5.

**Question No. 3**

Was Plaintiff Randall Wayne Oden regarded as having a disability?

Answer "Yes" or "No."

Answer: __Yes__

If you answered "Yes," then answer Question No. 4. If you answered "No" to both Question No. 3 and Questions No. 1 or 2, then you do not answer any other questions.

14

**Question No. 4**

Has Plaintiff Randall Wayne Oden proved that Defendant Wellfirst Technologies, Inc. terminated Plaintiff Randall Wayne Oden because of being regarded as having a disability?

Answer "Yes" or "No."

Answer: _Yes_

If you answered "Yes," then answer Question No. 5. If you answered "No" to both Question No. 4 and Questions No. 1 or 2, then you do not answer any other questions.

**Question No. 5**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Randall Wayne Oden for the damages, if any, you have found Defendant Wellfirst Technologies, Inc. caused Plaintiff Randall Wayne Oden?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _100,000.00_

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

    $ _100,000.00_

3. Wages and benefits from May 13, 2019, to March 3, 2022.

    $ _100,000.00_

15

**Question No. 6**

Do you find that Plaintiff Randall Wayne Oden should be awarded punitive damages?

Answer "Yes" or "No."

Answer: _Yes_

If you answered "Yes" to Question No. 6, then answer Question No. 7:

**Question No. 7**

What sum of money should be assessed against Defendant Wellfirst Technologies, Inc. as punitive damages?

Answer in dollars and cents:

$ _450,000.00_

16

## FORM OF THE VERDICT

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

_____       __3-4-22_____
FOREPERSON                                                    DATE


_____
JULIE K. HAMPTON
UNITED STATES MAGISTRATE JUDGE

## FORM OF THE VERDICT

We, the jury, have unanimously agreed to the answers to the attached questions and return such answer in open court, and under the instructions of the Court, as our verdict in this cause.

_____   __3-4-22_____
FOREPERSO.                                        DATE


_____
JULIE K. HAMPTON
UNITED STATES MAGISTRATE JUDGE