United States District Court
Southern District of Texas
**ENTERED**
March 07, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RANDALL WAYNE ODEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-00034 |
| | § | |
| WELLFIRST TECHNOLOGIES, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On March 2, 2022, this matter was called for trial in the Corpus Christi Division of the Southern District of Texas by agreement of the parties.  After a jury of eight was selected, the case proceeded to trial.  The jury heard the evidence, and the parties closed.  The parties delivered closing arguments.  The Court submitted the case to the jury on March 3, 2022.  The jury returned a verdict for Plaintiff and against Defendant on March 4, 2022.

In accord with the verdict of the jury, it is hereby **ORDERED** that Plaintiff Randall Wayne Oden has final judgment in this matter.  As decided by the jury, Plaintiff shall **TAKE** the following in damages: (1) $100,000 for past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life; (2) $100,000 for future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life; (3) $100,000 for wages and benefits from May 13, 2019, to March 3, 2022; and (4) $450,000 in punitive damages.

SIGNED this 7th day of March 2022.

_____
Julie K. Hampton
United States Magistrate Judge